UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELDON HUFFINE, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   C07-1556-RSM-JPD |
| ) | |
| v. ) | |
| ) | |
| DONALD MOLLOY, *et al.*, ) | ORDER DISMISSING § 1983 ACTION |
| ) | |
| Defendants. ) | |
| _____ ) | |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The complaint and this action are DISMISSED for failure to state a claim upon which relief can be granted. Plaintiff's application for leave to proceed *in forma pauperis* is DENIED as moot.

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Donohue.

DATED this _14_ day of  November , 2007.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING § 1983 ACTION